IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| June Gosar, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 C 340 |
| | ) | |
| Stellar Recovery, Inc., a Florida corporation, | ) ) | Judge Hart |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's claims against the

Defendant, hereby stipulate to the dismissal of this lawsuit with prejudice, each party to

bear their own attorneys' fees and costs.

Dated: March 13, 2012

/s/ David J. Philipps                             /s/ Nicholas D. O'Conner
One of Plaintiff's Attorneys                   One of Defendants' Attorneys

David J. Philipps (Ill. Bar No. 06196285)     Nicholas D. O'Conner (Ill. Bar No. 6302672)
Mary E. Philipps (Ill. Bar No. 06197113)      Hinshaw & Culbertson, LLP
Philipps & Philipps, Ltd.                             222 North LaSalle Street
9760 S. Roberts Road, Suite One             Suite 300
Palos Hills, Illinois 60465                            Chicago, Illinois 60601

The foregoing stipulation is hereby approved and this action is dismissed with

prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

                                                   _____
                                                   Judge William T. Hart,
                                                   United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2012, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nicholas D. O'Conner                    (noconner@hinshawlaw.com)
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601


/s/ David J. Philipps

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com